

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      In re Felicia Nicole Jones

Appellate case number:   01-14-00712-CV

Trial court case number:  74030

Trial court:                      239th District Court of Brazoria County

      On October 6, 2014, Felicia Nicole Jones filed a Motion to Stay Issuance of Mandate Pending Filing of a Petition for a Writ of Certiorai [sic]. The motion is **denied.**

Judge's signature: _____/s/ Rebeca Huddle
               X  Acting individually

Date: October 28, 2014